2008-26813
FILED
September 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002066992

MARC A. LEVINSON (SBN 57613)
NORMAN C. HILE (SBN 57299)
MICHAEL WEED (SBN 199675)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
malevinson@orrick.com
nhile@orrick.com
mweed@orrick.com

Attorneys for Debtor
City of Vallejo

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF VALLEJO, CALIFORNIA,<br><br>Debtor | Case No. 2008-26813<br><br>OHS-4<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF REJECTION OF COLLECTIVE BARGAINING AGREEMENTS**<br><br>Date: February 3, 2009<br>Time: 9:00 a.m.<br>Dept: A<br>Judge: Hon. Michael McManus |

The Court, having considered the Motion for Approval of Rejection of Collective Bargaining Agreements (the "Motion") filed on June 17, 2008 [Docket No. 69], by the City of Vallejo, California, the debtor in the above-captioned chapter 9 case (the "City" or "Debtor"), the pleadings and documents submitted in support of and in opposition to the Motion, the evidence presented by the parties in connection with the Motion, including the evidence admitted at the evidentiary hearing on the Motion, and the record in this case, entered its Findings of Fact and Conclusions of Law on September 1, 2009 [Docket No. 522] (the "Findings and Conclusions").

RECEIVED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002066992

In light of the foregoing, for the reasons stated in the Findings and Conclusions, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. The Motion is granted with respect to the relief sought against International Brotherhood of Electrical Workers, Local 2376 ("IBEW").

2. The City's rejection of its collective bargaining agreement with IBEW, and with City employees whose terms of employment are determined pursuant to such agreement, is hereby approved, and the collective bargaining agreement is rejected pursuant to Bankruptcy Code Section 365, 11 U.S.C. § 365(a), incorporated into chapter 9 by Bankruptcy Code Section 901(a), 11 U.S.C. § 901(a).

3. The objections filed in response to the Motion by IBEW, the California Public Employees' Retirement System and the Official Unsecured Creditors Committee of Retirees are overruled.

4. The objection filed in response to the Motion by the California Labor Federation, AFL-CIO, is dismissed because the California Labor Federation, AFL-CIO is not a creditor of the Debtor or party in interest in the Debtor's chapter 9 case.

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: September 04, 2009

By the Court

Michael S. McManus
United States Bankruptcy Judge

OHS West:260721488.2