# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | City of Vallejo, California | **Case No :** | 08−26813 − A − 9 |
| | | **Date :** | 4/11/11 |
| | | **Time :** | 01:30 |

| | | |
|---|---|---|
| **Matter :** | [839] − Motion/Application for an Order Approving Disclosure Statement with Respect to the Plan for the Adjustment of Debts of City of Vallejo, California, Dated January 18, 2011 and Setting Confirmation Procedures [OHS−10] Filed by Debtor City of Vallejo, California (maws) | OPPOSED |

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
      Debtor(s) Attorney − Marc A. Levinson
      Debtor(s) Attorney − John Killeen
      Craig Whittom, Rob Stout
**Respondent(s) :**
      Creditor − Matt Mustard
      Creditor's Attorney − Ron Oliner, Nicolas De Lancie, Richard Lapping, Mike Buckley, Steven Felderstein, Dale Ginter, James Paul, Thomas Phinney, Kelly Woodruff, Lawrence Larose (by phone), Robert Kaplan (by phone)

HEARING CONTINUED TO: 4/25/11 at 01:30 PM


Amended disclosure statement due 4/19/11