MARC A. LEVINSON (SBN 57613)
NORMAN C. HILE (SBN 57299)
JOHN W. KILLEEN (SBN 258395)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
malevinson@orrick.com
nhile@orrick.com
jkilleen@orrick.com

Attorneys for Debtor
City of Vallejo

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CITY OF VALLEJO, CALIFORNIA,<br><br>Debtor | Case No. 2008-26813<br><br>DC No. OHS-11<br><br>Chapter 9<br><br>**AMENDED NOTICE OF HEARING ON CITY'S OBJECTION TO CLAIM OF DOUGLAS DARLING (CLAIM NO. 603)**<br><br>**ORIGINAL HEARING:**<br><br>Date: April 25, 2011<br>Time: 10:00 a.m.<br>Dept: A<br>Judge: Hon. Michael S. McManus<br><br>**NEW HEARING:**<br><br>Date: April 25, 2011<br>Time: 1:30 p.m.<br>Dept: A<br>Judge: Hon. Michael S. McManus |

PLEASE TAKE NOTICE that the City of Vallejo, California (the "City"), the debtor in the above-captioned case, has scheduled a hearing on April 25, 2011, at **1:30 p.m.** before United States Bankruptcy Chief Judge Michael S. McManus in Courtroom A, located on the 7th floor of the United States Courthouse, 501 I Street, Sacramento, California, 95814, on the City's Objection to Claim of Douglas Darling ("Objection" to Claim of "Claimant") filed on March 11, 2011. **The City initially set the hearing on this matter for April 25 at 10:00 a.m., as reflected in its Notice of Hearing filed March 11. At a related hearing on April 11, the Court, with the consent of the City and the Committee, changed the hearing time from 10:00 a.m. to 1:30 p.m. on April 25. The March 11 Notice of Hearing is otherwise unchanged.**

Dated: April 18, 2011                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     /s/ Marc A. Levinson
                                     Marc A. Levinson
                                     Norman C. Hile
                                     John W. Killeen
                                     Attorneys for the City of Vallejo, Debtor

Dated: April 18, 2011                RENNE SLOAN HOLTZMAN SAKAI LLP


                                     /s/ Charles D. Sakai
                                     Charles D. Sakai
                                     Genevieve Y. Ng
                                     Steven P. Shaw
                                     Attorneys for the City of Vallejo, Debtor