# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | City of Vallejo, California | **Case No :** | 08-26813 - A - 9 |
| | | **Date :** | 4/25/11 |
| | | **Time :** | 01:30 |
| **Matter :** | [839] – Motion/Application for an Order Approving Disclosure Statement with Respect to the Plan for the Adjustment of Debts of City of Vallejo, California, Dated January 18, 2011 and Setting Confirmation Procedures [OHS-10] Filed by Debtor City of Vallejo, California (maws) | | |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Marc A. Levinson
    Debtor(s) Attorney – John Killeen
    Craig Whittom, Rob Stout
**Respondent(s) :**
    Creditor's Attorney – Mike Buckley, Ron Oliner, Nicolas De Lancie, Dale Ginter, James Paul, Steven Felderstein, Richard Lapping (by phone), Kelly Woodruff (by phone)

HEARING CONTINUED TO: 5/9/11 at 01:30 PM